Wallace A. Love, as Administrator of the Estate of Richard W. Love, Deceased, Appellant, *v.* Charles C. Donald, Respondent.

(Submitted January 12, 1934; decided February 27, 1934.)

*T. Arthur Hendricks* for appellant.

*John M. Reynolds* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.